# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>- against -<br><br>PF HOLDINGS LLC,<br><br>Defendant. | Civil Action No. 2:24-cv-04291-EP-JRA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Great American Insurance Company ("Plaintiff"), by and through counsel, hereby voluntarily dismisses without prejudice; with reservation and without waiver of any and all rights, in law and in equity; and without any adjudication of any and all of its claims or defenses on the merits, its Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

          **MOUND COTTON WOLLAN & GREENGRASS LLP**
          *Attorneys for Plaintiff*
           *Great American Insurance Company*

          By /s/ *Kevin F. Buckley*
            Kevin F. Buckley, Esq.
            Katharine Anne Lechleitner, Esq.
          30A Vreeland Road, Suite 210
          Florham Park, New Jersey 07932
          (973) 494-0600
          kbuckley@moundcotton.com
          klechleitner@moundcotton.com

Dated: August 26, 2024

          **So Ordered.**

         /s/Evelyn Padin, U.S.D.J.
         8/26/24